**Bobby Larry FORREST, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; Greg Harmon, Warden, East Arkansas Regional Unit, ADC; James Banks, Assistant Warden, East Arkansas Regional Unit, ADC; Randy Watson, Assistant Warden, East Arkansas Regional Unit, ADC; originally sued as Watson; Mary Mena, Classification Officer, East Arkansas Regional Unit, ADC; originally sued as M. Mena, Appellees.**

No. 06–1683.

United States Court of Appeals, Eighth Circuit.

Submitted: May 31, 2007.

Filed: June 11, 2007.

Bobby Larry Forrest, Grady, AR, pro se.

Asheton M. Carter, Attorney General's Office, Little Rock, AR, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmate Bobby Larry Forrest appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit, arising out of a disciplinary conviction which led to his extended confinement in segregation. We conclude the grant of summary judgment was proper for the reasons stated by the district court, and that an extended discussion is not warranted. *See Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny the pending motion for appointed counsel.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.